# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 JUN -9 AM 11:19

CLERK-ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                     )   Case No.
Sheriff Thomas Rodella )
(Person and any effects on person) )

Case No. 14mr407

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

       An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of     New Mexico
*(identify the person or describe the property to be searched and give its location):*
Sheriff Thomas Rodella (Person and any effects on person).

       The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See items listed on attachment B.

       I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

       **YOU ARE COMMANDED** to execute this warrant on or before    June 7, 2014
                                                                                       *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

       Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

       The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Karen B. Molzen                                    .
                  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
                             ☐until, the facts justifying, the later specific date of _____.

Date and time issued: May 29, 2014 at 8:17am      *[signature]*
                                                                                       *Judge's signature*

City and state: Albuquerque NM                           **KAREN B. MOLZEN**
                                                                            **U.S. MAGISTRATE JUDGE**
                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 14MR407 | Date and time warrant executed: 0600 / 06/04/2014 | Copy of warrant and inventory left with: Sheriff Thomas Rodella |

Inventory made in the presence of: Sheriff Thomas Rodella

Inventory of the property taken and name of any person(s) seized:

No items taken.

JWH

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/09/2014

Executing officer's signature

John W. Howard / Special Agent / FBI
Printed name and title